IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TERRELL BRADLEY,**

    **Plaintiff,**

v.                                        Case No. 1:25-cv-133-AW-HTC

**CITY OF GAINESVILLE, FLORIDA,**
**et al.,**

    **Defendants.**

_____/

## ORDER DENYING WITHOUT PREJUDICE
## MOTION FOR LEAVE TO AMEND

Plaintiff filed a motion for leave to amend. ECF No. 25. The motion is denied without prejudice for two independent reasons.

First, the motion does not contain a certification, as required by Local Rule 7.1(C), that counsel conferred with opposing counsel, and the motion does not state whether it is opposed. Second, the motion does not include a complete copy of the proposed amended pleading, as required by Local Rule 15.1(A).

The motion is therefore denied without prejudice for Plaintiff to refile it (1) after conferring with opposing counsel and including the required certification, and (2) with a complete copy of the proposed amended complaint attached.

SO ORDERED on September 17, 2025.

                                                 s/ *Allen Winsor*
                                                 Chief United States District Judge