**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**TERRELL BRADLEY,**

     **Plaintiff,**

**v.**                                     **Case No. 1:25-cv-133-AW-HTC**

**CITY OF GAINESVILLE, FLORIDA,
et al.,**

     **Defendants.**

_____/

## ORDER REGARDING MOTION TO DISMISS

Plaintiff has filed a motion to dismiss certain Defendants. ECF No. 42. Those

Defendants do not oppose the motion. *Id.* If any other Defendant does oppose this

motion, it must file a response stating its objection by April 1. *See* N.D. Fla. Loc. R.

7.1(H) (noting court may grant motion as unopposed when no response in opposition

is timely filed).

SO ORDERED on March 25, 2026.

s/ *Allen Winsor*
Chief United States District Judge